**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**KIRELL TAYLOR**                                                                                              **PLAINTIFF**

V.                              No. 4:11CV00657 SWW

**MIDNIGHT EXPRESS BOOKS and
LINDA HUDDLESTON**                                                                                      **DEFENDANTS**

**ORDER**

Kirell Taylor filed a pro se Complaint (docket entry #2) under 42 U.S.C. § 1983, on August 29, 2011, and an Application to Proceed *In Forma Pauperis* (#1). The Court previously granted Mr. Taylor's request to proceed *in forma pauperis* and ordered him to provide service addresses for Defendants Midnight Express Books and Linda Huddleston. (#8). Mr. Taylor has now provided the requested information, and both Midnight Express Books and Linda Huddleston are located in Berryville, Arkansas, which is located in the Western District of Arkansas. (#11) Accordingly, the interests of justice would best be served by transferring this case to the United States District Court for the Western District of Arkansas, under 28 U.S.C. § 1406(a) and 28 U.S.C. § 1391(e).

The Clerk of Court is directed to transfer this case immediately to the United

States District Court for the Western District of Arkansas, Harrison Division, 35 East Mountain Street, Room 510, Fayetteville, Arkansas 72701.

IT IS SO ORDERED this 6th day of December 2011.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE